# Exhibit A



Return Mail to IDX:
P.O Box 989728
West Sacramento, CA 95798-9728

To Enroll, Please Call:
1-833-896-7336
Or Visit:
https://app.idx.us/account-creation/protect
Enrollment Code: B376GCUMHB

*J.D.X.    1 800 939-4170*
*CUSTAMER SERVISES PROTESTION*



Danny Roll
216 Ready St
Ishpeming, MI 49849-2232

November 23, 2022

RE: *Important Security Notification. Please read this entire letter.*

Dear Danny Roll:

Upper Peninsula Power Company ("UPPCO") writes to notify you of a recent event that may have involved some of your information as described below.

UPPCO takes the privacy of information in its care seriously. At this time, there is no evidence to suggest that any of your information was actually viewed or misused. In an abundance of caution, we are providing you information about the event, our response, and steps you can take to help protect your information if you feel it is necessary to do so.

**What Happened:**

On or around June 23, 2022, UPPCO experienced a network intrusion that affected a limited number of systems. Upon discovery, UPPCO immediately secured its network and engaged a third-party forensic firm to investigate the event. After a thorough investigation, UPPCO discovered that a limited amount of information may have been accessed by an unauthorized party in connection with this event. UPPCO has taken steps to address the event and remains committed to protecting information in our care.

At this time, there is no evidence that your information has been viewed, disclosed, or misused. UPPCO is providing this notification to you in an abundance of caution so that you may take steps to safeguard your information if you feel it is necessary to do so.

**What Information Was Involved:**

The information that may have been accessed includes your first and last name, in combination with your Social Security number.

**What We Are Doing:**

UPPCO has taken steps to address the incident and is committed to protecting information in its care. Upon learning of this incident, UPPCO immediately took steps to secure its systems and to enhance the security of its network.

It is important to note, as mentioned above, that there is no evidence to suggest that any information has been misused. However, in an abundance of caution, we are providing you access to 12 months of complimentary credit monitoring and identity protection services through IDX. Instructions about how to enroll in these services and additional resources available to you are included in the enclosed *Steps You Can Take to Help Protect Your Information*.

**What You Can Do:**

In addition to enrolling in the complimentary credit monitoring and identity protection services, UPPCO recommends that you remain vigilant and regularly review and monitor your account statements and credit history to guard against any unauthorized transactions or activity. If you discover any suspicious or unusual activity on any of your accounts, please change your password promptly, take additional steps necessary to protect your account and notify your financial institution or company, if applicable. Additionally, please report any suspicious events to local law enforcement and/or your state Attorney General. Please review the additional information below, which contains more information about the steps you can take to help protect yourself against fraud and identity theft.

**For More Information:**

Should you have questions or concerns regarding this matter, please do not hesitate to call us at 1-833-896-7336 or email us at customerservice@uppco.com.

UPPCO takes the security of information entrusted to our care very seriously. While it is regrettable this potential exposure occurred, please be assured UPPCO is taking appropriate actions to rectify the situation and prevent such incidents in the future.

Sincerely,

Upper Peninsula Power Company

# STEPS YOU CAN TAKE TO HELP PROTECT YOUR INFORMATION

**Enroll in Credit Monitoring / Identity Protection**

**1. Website and Enrollment.** Go to https://app.idx.us/account-creation/protect and follow the instructions for enrollment using your Enrollment Code provided at the top of the letter. Please note the deadline to enroll is February 23, 2023.

**2. Activate the credit monitoring** provided as part of your IDX identity protection membership. The monitoring included in the membership must be activated to be effective. Note: You must have established credit and access to a computer and the internet to use this service. If you need assistance, IDX will be able to assist you.

**3. Telephone.** Contact IDX at 1-833-896-7336 to gain additional information about this event and speak with knowledgeable representatives about the appropriate steps to take to protect your credit identity.

**Monitor Your Accounts**

We encourage you to remain vigilant against incidents of identity theft and fraud by reviewing your credit reports/account statements and explanation of benefits forms for suspicious activity and to detect errors. Under U.S. law, you are entitled to one free credit report annually from each of the three major credit reporting bureaus, TransUnion, Experian, and Equifax. To order your free credit report, visit www.annualcreditreport.com or call 1-877-322-8228. Once you receive your credit report, review it for discrepancies and identify any accounts you did not open or inquiries from creditors that you did not authorize. If you have questions or notice incorrect information, contact the credit reporting bureau.

You have the right to place an initial or extended "fraud alert" on a credit file at no cost. An initial fraud alert is a one-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert lasting seven years. Should you wish to place a fraud alert, please contact any of the three credit reporting bureaus listed below.

As an alternative to a fraud alert, you have the right to place a "credit freeze" on a credit report, which will prohibit a credit bureau from releasing information in the credit report without your express authorization. The credit freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a credit freeze may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit. Pursuant to federal law, you cannot be charged to place or lift a credit freeze on your credit report. To request a credit freeze, you will need to provide the following information:

1. Full name (including middle initial as well as Jr., Sr., III, etc.);
2. Social Security number;
3. Date of birth;
4. Address for the prior two to five years;
5. Proof of current address, such as a current utility or telephone bill;
6. A legible photocopy of a government-issued identification card (e.g., state driver's license or identification card); and
7. A copy of either the police report, investigative report, or complaint to a law enforcement agency concerning identity theft, if you are a victim of identity theft.

Should you wish to place a fraud alert or credit freeze, please contact the three major credit reporting bureaus listed below:

| TransUnion | Experian | Equifax |
|---|---|---|
| 1-800-680-7289 | 1-888-397-3742 | 1-888-298-0045 |
| www.transunion.com | www.experian.com | www.equifax.com |
| **TransUnion Fraud Alert** | **Experian Fraud Alert** | **Equifax Fraud Alert** |
| P.O. Box 2000 | P.O. Box 9554 | P.O. Box 105069 |
| Chester, PA 19016-2000 | Allen, TX 75013 | Atlanta, GA 30348-5069 |
| **TransUnion Credit Freeze** | **Experian Credit Freeze** | **Equifax Credit Freeze** |
| P.O. Box 160 | P.O. Box 9554 | P.O. Box 105788 |
| Woodlyn, PA 19094 | Allen, TX 75013 | Atlanta, GA 30348-5788 |

**Additional Information**

You can further educate yourself regarding identity theft, fraud alerts, credit freezes, and the steps you can take to protect your personal information by contacting the credit reporting bureaus, the Federal Trade Commission (FTC), or your state Attorney General. The FTC also encourages those who discover that their information has been misused to file a complaint with them. The FTC may be reached at 600 Pennsylvania Ave. NW, Washington, D.C. 20580; www.identitytheft.gov; 1-877-ID-THEFT (1-877-438-4338); and TTY: 1-866-653-4261.

You have the right to file a police report if you ever experience identity theft or fraud. Please note that in order to file a report with law enforcement for identity theft, you will likely need to provide some proof that you have been a victim. Instances of known or suspected identity theft should also be reported to law enforcement, your state Attorney General, and the FTC. This notice has not been delayed by law enforcement.

*For California residents*, visit the California Office of Privacy Protection (www.oag.ca.gov/privacy) for additional information on protection against identity theft. Office of the Attorney General of California, 1300 I Street, Sacramento, CA 95814, Telephone: 1-800-952-5225.

*For Kentucky residents*, the Kentucky Attorney General may be contacted at Office of the Attorney General of Kentucky, 700 Capitol Avenue, Suite 118 Frankfort, Kentucky 40601, www.ag.ky.gov, Telephone: 1-502-696-5300.

*For Maryland residents*, the Maryland Attorney General may be contacted at 200 St. Paul Place, 16th Floor, Baltimore, MD 21202; 1-888-743-0023; and www.oag.state.md.us.

*For New Mexico residents*, you have rights pursuant to the Fair Credit Reporting Act, such as the right to be told if information in your credit file has been used against you, the right to know what is in your credit file, the right to ask for your credit score, and the right to dispute incomplete or inaccurate information. Further, pursuant to the Fair Credit Reporting Act: (i) the consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information; (ii) the consumer reporting agencies may not report outdated negative information; (iii) access to your file is limited; (iv) you must give consent for credit reports to be provided to employers; (v) you may limit "prescreened" offers of credit and insurance you get based on information in your credit report; (vi) and you may seek damages from violators. You may have additional rights under the Fair Credit Reporting Act not summarized here. Identity theft victims and active-duty military personnel have specific additional rights pursuant to the Fair Credit Reporting Act. We encourage you to review your rights pursuant to the Fair Credit Reporting Act by visiting https://files.consumerfinance.gov/f/201504_cfpb_summary_your-rights-under-fcra.pdf, or by writing Consumer Response Center, Room 130-A, FTC, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.

*For New York residents*, the New York Attorney General may be contacted at Office of the Attorney General, The Capitol, Albany, NY 12224-0341; 1-800-771-7755; or https://ag.ny.gov.

*For North Carolina residents*, the North Carolina Attorney General may be contacted at 9001 Mail Service Center, Raleigh, NC 27699-9001; 1-877-566-7226 or 1-919-716-6000; and www.ncdoj.gov.

*For Oregon residents*, the Oregon Department of Justice, 1162 Court Street NE, Salem, OR 97301-4096, www.doj.state.or.us/, Telephone: 877-877-9392

*For Rhode Island residents*, the Rhode Island Attorney General may be contacted at 150 South Main Street, Providence, RI 02903; 1-401-274-4400; and www.riag.ri.gov. Under Rhode Island law, you have the right to obtain any police report filed in regard to this incident. There are 3 Rhode Island residents impacted by this incident.

*For Washington, D.C. residents*, the District of Columbia Attorney General may be contacted at 441 4th Street NW #1100, Washington, D.C. 20001; 202-727-3400, and https://oag.dc.gov/consumer-protection.