UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DANNY ROLL,

       Plaintiff,                           Case No. 2:22−cv−224

v.                                         Hon. Jane M. Beckering

UPPER PENINSULA POWER
COMPANY,

       Defendant.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE
## AND NOTICE OF DEFICIENCY

      NOTICE is hereby given that the above−captioned case was electronically filed in this court on November 30, 2022 .   The case has been assigned to Jane M. Beckering .

      The filing party has failed to submit the filing fee as required by 28 U.S.C. § 1914(a) and W.D.Mich.LCivR 5.7(c). The filing fee must be paid electronically, by credit card, or a motion for leave to proceed *in forma pauperis* must be filed, at the time the initial pleading is electronically submitted. **The 402.00 filing fee or the IFP motion is due immediately**. Failure to comply may result in dismissal of the action.  To pay by credit card, log in to CM/ECF. Click *Civil* on the blue menu bar, and under the *Fees, Make a Payment* section, select the *Filing Fee (Civil Case) − Credit Card Payment* event.  For further information, see the reference materials available on the court website.

                                                     CLERK OF COURT

Dated:  December 1, 2022      By:   /s/ S. Kivela_____
                                                    Deputy Clerk